**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  CV 08-3857-CAS  (OP)            Date  September 2, 2008

Title:  Rashaad Hooker v. N. Dawson, et al.

---

**PRESENT:** THE HONORABLE   OSWALD PARADA            ☐ U.S. DISTRICT JUDGE
                                                      ☒ MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**          **ATTORNEYS PRESENT FOR RESPONDENT:**
            NONE                                              NONE

**PROCEEDINGS:**   (IN CHAMBERS: ORDER TO SHOW CAUSE)

On June 20, 2008, this Court issued an Order Dismissing Petition for Writ of Habeas Corpus with Leave to Amend.  The Order gave petitioner until July 20, 2008, to file a First Amended Petition that remedied the deficiencies discussed in the Order.  The Order expressly admonished petitioner that, if he failed to timely file a First Amended Petition, the Court would recommend that the action be dismissed for failure to state a claim and failure to prosecute.  To date, petitioner has not filed a First Amended Petition.

Accordingly, no later than September 29, 2008, petitioner is ordered to show cause why this case should not be dismissed for failure to prosecute.  Filing of the First Amended Petition on or before September 27, 2008, shall be deemed compliance with this Order to Show Cause.  Petitioner's failure to file a First Amended Petition by September 29, 2008, shall result in the Court recommending that this action be dismissed.

**IT IS SO ORDERED.**

cc: All Parties of Record

                                    Initials of Deputy Clerk   dts for mg

CV-90 (10/98)
CIVIL    MINUTES    -    GENERAL