O

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
RASHAAD HOOKER,              )        Case No. CV 08-3857-CAS  (OP)
11                            )
                             )        ORDER ADOPTING FINDINGS,
12              Petitioner,   )        CONCLUSIONS, AND
                             )        RECOMMENDATIONS OF
13         v.                )        UNITED STATES MAGISTRATE
                             )        JUDGE
14  N. DAWSON, et al.,        )
                             )
15                            )
              Respondent.    )
16  _____)

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records
18  and files herein, and the Report and Recommendation of the United States Magistrate
19  Judge, de novo.  The Court concurs with and adopts the findings, conclusions, and
20  recommendations of the Magistrate Judge,
21  / / /
22  / / /
23  / / /
24
25
26
27
28

1        IT IS ORDERED  that Judgment be entered:   (1) approving and adopting this

2    Report and Recommendation; and (2) directing that Judgment be entered denying the

3    Petition and dismissing this action with prejudice.

4

5    DATED:  April 20, 2010  _____

                           HONORABLE CHRISTINA A. SNYDER

6                               United States District Judge

7

8    Prepared by:

9

10   _____

11   HONORABLE OSWALD PARADA

12   United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28