JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RASHAAD HOOKER,                        )        Case No. CV 08-3857-CAS  (OP)
                                       )
                                       )        J U D G M E N T
                  Petitioner,          )
                                       )
        v.                             )
                                       )
N. DAWSON, et al.,                     )
                                       )
                                       )
                  Respondent.          )
_____)

        Pursuant to the Order Adopting Findings, Conclusions, and Recommendations
of the United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and this action is dismissed with
prejudice.


DATED:  April 20, 2010  _____
                          HONORABLE CHRISTINA A. SNYDER
                          United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge